**David W. Criswell, OSB# 92593**
dcriswell@balljanik.com
BALL JANIK LLP
101 SW Main Street, Suite 1100
Portland, OR 97204
Telephone: (503) 228-2525
Facsimile: (503) 226-3910
Of Attorneys for Amy Mitchell,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>**GKPS, Inc.,**<br><br>Debtor. | Case No. 04-34670-tmb7<br><br>**MOTION FOR SUBSTANTIVE CONSOLIDATION UNDER § 105(a)**<br><br>**ORAL ARGUMENT REQUESTED** |



Amy Mitchell, Trustee ("Trustee") for the Chapter 7 bankruptcy estate of GKPS, Inc., hereby moves the Court for an order, pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015, substantively consolidating the estate of GKPS with the estate of Symphony Healthcare V (as consolidated) ("Symphony Debtor"), currently in bankruptcy under case 04-32593 in this Court ("GKPS"), and with the non-debtor estates of Symphony III, Inc., an inactive corporation organized under the laws of the State of Tennessee ("Symphony III"), and Hospital and Surgical Center Management Services, L.P., a limited partnership organized under the laws of the State of Nevada, whose authority was revoked on December 1, 2004 ("HSC") (collectively the "Symphony Entities").

The Trustee moves the Court for an order substantively consolidating the Symphony Entities into a single estate, *nunc pro tunc*, to March 23, 2004, the date on which the first of the entities comprising the Symphony Debtor were placed into involuntary bankruptcy, with an express preservation for the consolidated estate of any and all claims held at the time of

Page 1 - **MOTION FOR SUBSTANTIVE CONSOLIDATION UNDER § 105(a)**

::ODMA\PCDOCS\PORTLAND\531719\1

consolidation by any and all of the Symphony Entities against persons or entities other than the Symphony Entities.

In support of this Motion, the Trustee relies on the accompanying Memorandum of Law and the Affidavit of Matthew A. Goldberg, along with the exhibits associated therewith.

DATED July 18, 2006

BALL JANIK LLP

By: _____
David W. Criswell, OSB #92593
Of Attorneys for Amy Mitchell,
Chapter 7 Trustee

Page 2 -  **MOTION FOR SUBSTANTIVE CONSOLIDATION UNDER § 105(a)**

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525

::ODMA\PCDOCS\PORTLAND\531719\1

| | |
|---|---|
| David A Foraker<br>1515 SW 5th Ave #600<br>Portland, OR 97201 | Todd L. Hamel, MD<br>6033 SW Taylors Ferry Rd<br>Portland, OR 97219 |
| Mark M Le Coq<br>1211 SW 5th Ave #1600-1800<br>Portland, OR 97204 | IBM Corporation<br>Attn: Vicky Namken<br>13800 Diplomat<br>Dallas, TX 75234 |
| Gene Mechanic<br>621SW Morrison St #1450<br>Portland, OR 97205 | Tara J. Schleicher<br>Farleigh Wada & Witt<br>121 SW Morrison #600<br>Portland, OR 97204 |
| Sam J. Mcallester III<br>511 Union Street #1600<br>Nashville, TN 37201 | Stryker Instruments<br>c/o Lori K. Purkey<br>444 West Michigan Ave<br>Kalamazoo, MI 49007 |
| Healthcare Management<br>Systems, Inc. dba HMS Management<br>3102 West End Ave #400<br>Nashville, TN 37203 | John W. Weil<br>1100 SW Sixth AvE #1100<br>Portland, OR 97204 |
| SYMPHONY III, INC.<br>c/o Tennessee Secretary of State<br>312 8th Ave. North<br>6th Floor, Snodgrass Tower<br>Nashville, TN 37243 | HOSPITAL AND SURGICAL CENTER<br>MANAGEMENT SERVICES, L.P.<br>c/o Nevada Secretary of State<br>101 North Carson Street, Suite 3<br>Carson City, NV 89701-3714 |

<u>20 Largest Creditors (Conversion Schedules)</u>

| | |
|---|---|
| Western National Bank<br>c/o Paul Lucas<br>2710 N. Grandview<br>Odessa, TX 79760 | HMS Monitor<br>c/o Pat Douglas<br>3102 West End Ave. #400<br>Nashville, TN 37203 |
| Marsh<br>c/o John Goley<br>P.O. Box 198951<br>Atlanta, GA 30384-8951 | Lattimore, Black, Morgan & Cain<br>c/o Margaret Strickland<br>5250 Virginia Way<br>Brentwood, TN 37024-1869 |
| Bass Berry & Simms<br>c/o Leigh Walton<br>315 Deaderick St. #2700<br>Nashville, TN 37238-3001 | Fulbright & Jaworski LLP<br>c/o Barbara Buckley<br>1301 McKinney #5100<br>Houston, TX 77010-3095 |

Page 3 - **MEMORANDUM OF LAW IN SUPPORT OF TRUSTEE'S MOTION FOR SUBSTANTIVE CONSOLIDATION UNDER § 105(a)**

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525

::ODMA\PCDOCS\PORTLAND\531862\1

| | |
|---|---|
| Verus<br>12951 Bel Red Road #100<br>Bellevue, WA  98005 | Vision Service Plan<br>3333 Quality Drive<br>Rancho Cordova, CA  75670-7985 |
| Perkins Coie<br>c/o D. Symes<br>1201 Third Ave 40th Floor<br>Seattle, WA  98101-3099 | LBMC Healthcare Group LLC<br>c/o Margaret Strickland<br>5250 Virginia Way<br>Brentwood, TN  37204-1869 |
| Sidus, LLC<br>c/o Sally Shebeck<br>8200 S. Quebec St. #A3-308<br>Centennial, CO  80112 | Healthcare Venture Professionals<br>c/o Ed Warren<br>105 Westwood Place<br>Brentwood, TN  37027 |
| William H. Schultz<br>888 SW Fifth Ave. #650<br>Portland, OR  97204 | Elms, Faris & Co. LLP<br>700 North Grant #800<br>Odessa, TX  79760 |
| CT Corp<br>111 8th Avenue<br>New York, NY  10011 | Metro Trustee<br>P.O. Box 305012<br>Nashville, TN  37230 |
| Pomeroy Marketing<br>c/o Randy Pomeroy<br>116 Long Hollow Way<br>Hendersonville, TN  37075 | Computer Marketing Corp.<br>c/o T.J. Braumiller<br>2018 Lindell Avenue<br>Nashville, TN  37203 |
| T-Mobile<br>P.O. Box 742596<br>Cincinnati, OH  45274-596 | Hollmann, Lyon, Patterson, Durell<br>5030 East University #D-103<br>Odessa, TX  79762 |

by the following indicated method or methods:

☒    by **mailing** a full, true and correct copy in a sealed first-class postage prepaid envelope, addressed to the parties listed above, and deposited with the United States Postal Service at Portland, Oregon on the date set forth below.

DATED July 18, 2006

_____
Kimberly Ackerman, Legal Secretary

Page 4 -    **MEMORANDUM OF LAW IN SUPPORT OF TRUSTEE'S MOTION FOR SUBSTANTIVE CONSOLIDATION UNDER § 105(a)**

::ODMA\PCDOCS\PORTLAND\531862\1