1  David A. Foraker, OSB #81228
   E-mail: david.foraker@greenemarkley.com
2  Sanford R. Landress, OSB #81438
   E-mail: sanford.landress@greenemarkley.com
3  Greene & Markley, P.C.
   1515 SW Fifth Avenue, Suite 600
4  Portland, OR 97201
   Telephone: (503) 295-2668
5  Facsimile:  (503) 224-8434
   Attorneys for Defendant Western National Bank

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In re | ) Case No. 04-34670-tmb7 |
| GKPS, INC., | ) Chapter 7 |
| Debtor | ) SUPPLEMENTAL DECLARATION OF<br>) PAUL W. LUCAS RE: MOTION FOR<br>) SUBSTANTIVE CONSOLIDATION |

I, Paul W. Lucas, being first duly sworn, declare:

1. I am an Executive Vice-President of Western National Bank ("WNB"). I am competent to testify. I make the statements in this declaration based on my personal knowledge.

2. Attached as Exhibit 3 is a true and correct copy of WNB's payment history on

\\\\

\\\\

\\\\

\\\\

\\\\

\\\\

Page 1 of 2 -   SUPPLEMENTAL DECLARATION OF PAUL W. LUCAS RE: MOTION FOR
                SUBSTANTIVE CONSOLIDATION

1 Loan No 222686 to Hospital and Surgical Center Management Services, LP, a Nevada limited
2 partnership ("HSC").

3   I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE
4 BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS
5 MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR
6 PERJURY.

7   DATED: August 14, 2006

         _____
10       Paul Lucas

Page 2 of 2 - SUPPLEMENTAL DECLARATION OF PAUL W LUCAS RE: MOTION FOR
SUBSTANTIVE CONSOLIDATION

GREENE & MARKLEY, P.C
Attorneys at Law
1515 S.W. Fifth Avenue, Suite 600
Portland, Oregon 97201
Telephone (503) 295-2668

*Symphony Healthcare V, LLC, Debtor; Adversary No. 06-03215-tmb*

**RODOLFO A. CAMACHO, Trustee, and AMY MITCHELL, Trustee, Plaintiffs vs. KENNETH W. PERRY, ROBERTA A. KALE, SUDHIR P. SRIVASTAVA, SURESH N. GADASALLI, and WESTERN NATIONAL BANK, Defendants.**

Western National Bank's Response to Interrogatory No. 1:

### Summary of Transfers on Loan# 222686

| # | Date | Amount | Transferor | Transfer Account | Details | Additional Comments |
|---|------|--------|------------|------------------|---------|---------------------|
| 1 | 1-Feb-02 | $1,000,000.00 | WNB | Loan 222686 | Loan Deposit | Funds deposited into Acct# 22403949 |
| 2 | 17-Mar-02 | 1,750.00 | GKPS Inc. | 22403949 | Interest Payment | * Transfer made per phone request by K. Perry * |
| 3 | 18-Apr-02 | 6,027.78 | GKPS Inc. | 22403949 | Interest Payment | * Transfer made per request by K. Perry * |
| 4 | 8-May-02 | 5,833.33 | GKPS Inc. | 22403949 | Interest Payment | |
| 5 | 3-Jun-02 | 6,027.77 | ** DETAILS UNRECOVERABLE** | | Interest Payment | |
| 6 | 1-Jul-02 | 5,833.34 | ** DETAILS UNRECOVERABLE** | | Interest Payment | |
| 7 | 1-Aug-02 | 6,027.77 | ** DETAILS UNRECOVERABLE** | | Interest Payment | |
| 8 | 3-Sep-02 | 6,027.78 | ** DETAILS UNRECOVERABLE** | | Interest Payment | |
| 9 | 1-Oct-02 | 5,833.33 | ** DETAILS UNRECOVERABLE** | | Interest Payment | |
| 10 | 3-Nov-02 | 6,027.78 | ** DETAILS UNRECOVERABLE** | | Interest Payment | |
| 11 | 2-Dec-02 | 5,513.89 | ** DETAILS UNRECOVERABLE** | | Interest Payment | |
| 12 | 2-Jan-03 | 5,597.22 | ** DETAILS UNRECOVERABLE** | | Interest Payment | |
| 13 | 31-Mar-03 | 10,652.78 | GKPS Inc. | 22403949 | Interest Payment | * Interest due through 3/1/03 * Loan Renewed* |
| 14 | 23-Apr-03 | 5,597.22 | GKPS Inc. | 22403949 | Interest Payment | * Transfer made per email request by K. Perry * |
| 15 | 23-Apr-03 | 100,000.00 | Hospital and Surgical Center | | Principal Payment | |
| 16 | 30-Apr-03 | 50,000.00 | GKPS Inc. | 22403949 | Principal Payment | * Transfer made per email request by K. Perry * |
| 17 | 30-Apr-03 | 5,416.67 | GKPS Inc. | 22403949 | Interest Payment | * Transfer made per email request by K. Perry * |
| 18 | 8-Jul-03 | 50,000.00 | Bulldog IT Corporation | Check #2036 | Principal Payment | * Signed by Ken Perry * GKPS, Inc.* |
| 19 | 8-Jul-03 | 4,604.17 | Bulldog IT Corporation | Check #2036 | Interest Payment | * Signed by Ken Perry * GKPS, Inc.* |
| 20 | 3-Aug-03 | 50,000.00 | Bulldog IT Corporation | Check #2064 | Principal Payment | * Signed by Ken Perry * GKPS, Inc.* |
| 21 | 3-Aug-03 | 4,604.17 | Bulldog IT Corporation | Check #2064 | Interest Payment | * Signed by Ken Perry * GKPS, Inc.* |
| 22 | 3-Sep-03 | 50,000.00 | Bulldog IT Corporation | Check #2085 | Principal Payment | * Signed by Ken Perry * GKPS, Inc.* |
| 23 | 3-Sep-03 | 4,540.97 | Bulldog IT Corporation | Check #2085 | Interest Payment | * Signed by Ken Perry * GKPS, Inc.* |
| 24 | 31-Oct-03 | 7,998.60 | GKPS Inc. | 22403949 | Interest Payment | * Interest for 9/1/03 and 10/1/03 * |
| 25 | 20-Nov-03 | 3,918.05 | GKPS Inc. | 22403949 | Interest Payment | |
| 26 | 19-Dec-03 | 3,791.68 | GKPS Inc. | 22403949 | Interest Payment | |
| 27 | 13-Feb-04 | 7,836.11 | Healthcare Business Credit | 22403949 | Interest Payment | |
| 28 | 13-Feb-04 | 102,163.89 | Healthcare Business Credit | 22403930 | Principal Payment | |
| 29 | 13-Feb-04 | 90,000.00 | Healthcare Business Credit | 22403922 | Principal Payment | |
| 30 | 30-Mar-04 | 3,046.73 | GKPS Inc | 22403655 | Interest Payment | * Payment after loan extension * |
| 31 | 29-Apr-04 | 2,790.12 | GKPS Inc | 22403957 | Interest Payment | |
| 32 | 30-Jun-04 | 510,883.12 | Hospital and Surgical Center | Wire Transfer | Payoff | |

EXHIBIT 3
PAGE 1 of 1

1  CERTIFICATE OF SERVICE

2      I hereby certify that I served the foregoing SUPPLEMENTAL DECLARATION OF PAUL W. LUCAS RE: MOTION FOR SUBSTANTIVE CONSOLIDATION on:

3

4  Matthew A. Goldberg, Esq.                J. Stephen Werts, Esq
   Preston Gates & Ellis LLP                   Cable Huston Benedict Haagensen & Lloyd LLP

5  222 SW Columbia St., #1400              1001 SW 5th Avenue, #200

6  Portland, OR 97201-6632                  Portland, OR 97204
   Facsimile No. (503) 248-9085             Facsimile No. (503) 224-3176

7      Of Attorneys for Rodolfo A. Camacho
     Chapter 7 Trustee                       Douglas Pahl, Esq.

8                                                 Perkins Coie LLP

9  Brad T. Summers, Esq.                  1120 NW Couch Street, 10th Floor
   Ball Janik LLP                            Portland, OR 97209-4128

10  101 SW Main St., #1100               Facsimile No. (503) 727-2222

11  Portland, OR 97204                       Of Attorneys for Sudhir P. Srivastava and
   Facsimile No. (503) 295-1058             Suresh N. Gadasalli

12      Of Attorneys for Amy Mitchell
     Chapter 7 Trustee

13

14  by **faxing** a full, true and correct copy thereof to the parties at the fax numbers shown above, which is the last known fax numbers for the parties' office on the date set forth

15  below.

16
    I further certify that, on the date set forth below, true and correct copies of the

17  foregoing SUPPLEMENTAL DECLARATION OF PAUL W. LUCAS RE: MOTION

18  FOR SUBSTANTIVE CONSOLIDATION was served by electronic notice through the bankruptcy court's ECF system, upon the following:

19

20  Matthew A. Goldberg, Esq.
   Preston Gates & Ellis LLP

21  222 SW Columbia St., #1400
   Portland, OR 97201-6632

22  mgoldberg@prestongates.com

23
   J. Stephen Werts, Esq.

24  Cable Huston Benedict Haagensen & Lloyd LLP
   1001 SW 5th Avenue, #200

25  Portland, OR 97204

26  swerts@chbh.com

Page 1 of 2 - CERTIFICATE OF SERVICE

GREENE & MARKLEY, P.C.
Attorneys at Law
1515 S.W. Fifth Avenue, Suite 600
Portland, Oregon 97201
Telephone (503) 295-2668

1  U.S. Trustee
2  620 SW Main St., Rm 213
   Portland, OR 97205
3  USTPRegion18.PL.ECF@usdoj.gov

4      DATED this 15th day of August, 2006.

5

6

7                                        /s/ Sanford R. Landress
                                         Sanford R. Landress, OSB #81438
8                                        Attorneys for Defendant Western
                                         National Bank
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 of 2 - CERTIFICATE OF SERVICE