**David W. Criswell, OSB# 92593**
dcriswell@balljanik.com
**Brad T. Summers, OSB# 91111**
tsummers@balljanik.com
BALL JANIK LLP
101 SW Main Street, Suite 1100
Portland, OR  97204
Telephone:  (503) 228-2525
Facsimile:  (503) 226-3910
Of Attorneys for Amy Mitchell, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>**GKPS, Inc.,**<br><br>　　　Debtor. | Case No. 04-34670-tmb11<br><br>**AFFIDAVIT OF NO OBJECTIONS TO APPLICATION FOR CH. 7 INTERIM PROFESSIONAL COMPENSATION (Ball Janik LLP)** |

STATE OF OREGON　)
　　　　　　　　　　) ss.
County of Multnomah　)

　　　I, Brad T. Summers, declare and state as follows:

　　　1.　　On June 27, 2007, I caused a Notice of Intent to Compensate Professionals, a true and correct copy of which is attached hereto as Exhibit A, to be served by mail on the Debtor, Trustee, U.S. Trustee, creditors, and their respective attorneys.

　　　2.　　A period of 20 days, plus three days for mailing, has expired since service of this Notice, and I have received no objections to the proposed compensation, and a review of the Court's docket on PACER indicates that no such objections have been filed.

　　　　　　　　　　　　　　　　　　　/s/ Brad T. Summers
　　　　　　　　　　　　　　　　　　　Brad T. Summers

　　　SWORN AND SUBSCRIBED TO before me this 20th day of July, 2007.

　　　　　　　　　　　　　　　　　　　/s/ Kimberly L. Ackerman
　　　　　　　　　　　　　　　　　　　Notary Public for the State of Oregon
　　　　　　　　　　　　　　　　　　　My Commission Expires:  4/8/11

Page 1 -  **AFFIDAVIT OF NO OBJECTIONS**

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon  97204-3219
Telephone 503-228-2525

::ODMA\PCDOCS\PORTLAND\576886\1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re )
GKPS, Inc. ) Case No. **04-34670-tmb7**
)
) NOTICE OF INTENT TO
) COMPENSATE PROFESSIONAL(S)
Debtor(s) )

1. The trustee (or Debtor-in-Possession (DIP)) filed an interim report **(COPY ATTACHED)** showing total receipts of $ __240,824.36__ , and disbursements of $ __20,006.14__ , and a balance on hand of $ __220,818.22__ .

2. The interim report also shows this exact language in response to the following questions:

    a. [If Chapter 7 case] A distribution to creditors is expected (give the date or estimated time period, or if stating "NONE" then also state reasons why not):
    **August 2008**

    b. The trustee/DIP is currently obligated to pay a maximum of $ __6,956.52__ for administrative and operating expenses owed to non-professionals. [If case converted from Chapter 11 to 7] The maximum amount of all timely filed claims for Chapter 11 administrative expenses is $ __38,071.00__ .

    c. The trustee/DIP believes the sum of $ __40,758.25__ could be disbursed for compensation and administrative expenses at this time without jeopardizing the viability of the estate.

3. The following application(s) for interim compensation have been filed by professionals appointed by the Court to perform services for the estate:

| Applicants (state profession and relation to case) | Compensation | Expenses |
|---|---|---|
| Ball Janik LLP | $37,445.00 | $3,279.25 |

4. THE NOTICING PARTY CERTIFIES the information in points 1-3 is true and correct.

**NOTICE IS NOW GIVEN** that unless an interested party files written objections to any application listed above, setting forth the specific grounds for such objection, within 20 days of the service date below, with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with a "3" or "4", mail to 1001 SW 5th Ave. #700, Portland OR 97204; OR if it begins with a "6" or "7", mail to 405 E 8th Ave #2600, Eugene OR 97401), the Court may, if a proposed compensation order is submitted to it (with a copy of this notice, and a verified statement that no objections were filed, attached), sign such order without further notice or a hearing. You may contact the party giving notice if you have further questions.

DATE: __06/27/07__     David W. Criswell                                    __92593__
                      Type or print noticing party's name                   OSB# (if attorney)
                      Ball Janik LLP, 101 SW Main Street, Suite 1100, Portland, OR 97204    __(503) 228-2525__
                      Address                                               Phone Number

On __06/27/07__ copies of BOTH this Notice and the Interim Report were served on the debtor(s), trustee, U.S. Trustee, creditors, and their respective attorneys.

                                                /s/ David W. Criswell
753.40 (12/18/06)                               Signature of party giving notice

EX. A PP. 1 OF 1

**CERTIFICATE OF SERVICE**

I hereby certify that I served copies of the foregoing **AFFIDAVIT OF NO OBJECTIONS TO APPLICATION FOR CH. 7 INTERIM PROFESSIONAL COMPENSATION (Ball Janik LLP)** on the parties on the following parties **via CM/ECF**:

- KELLEY A BLAINE    porirs.bk.email@irscounsel.treas.gov, kelley.a.blaine@irscounsel.treas.gov
- TIMOTHY J CONWAY    tim@tonkon.com, nancyk@tonkon.com
- Rodolfo A Camacho    rudy@camacholaw.com, or16@ecfcbis.com
- JOSEPH A FIELD    joe@fieldjerger.com, koren@fieldjerger.com
- DAVID A FORAKER    david.foraker@greenemarkley.com, joyce.chartrand@greenemarkley.com
- JEFFREY K GARFINKLE    bkgroup@buchalter.com, sbaker@buchalter.com
- MATTHEW A GOLDBERG    matt.goldberg@klgates.com, janet.shelton@klgates.com
- LINDA R JOHANNSEN    linda.johannsen@klgates.com, janet.shelton@klgates.com
- ALBERT N KENNEDY    al@tonkon.com, leslie@tonkon.com
- SANFORD R LANDRESS    sanford.landress@greenemarkley.com, nancy.read@greenemarkley.com
- Amy E Mitchell    mitchelltrustee@comcast.net, amitchell@ecf.epiqsystems.com
- ROBERT D NESLER    bob.nesler@usdoj.gov, deanne.hoffer@usdoj.gov
- DOUGLAS R PAHL    dpahl@perkinscoie.com, etherrien@perkinscoie.com
- TARA J SCHLEICHER    tschleicher@farleighwitt.com, dfallon@farleighwitt.com;sormsby@farleighwitt.com
- TERESA M. SHILL    tshill@rcflegal.com
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov
- LAURA J WALKER    lwalker@chbh.com, sormsby@chbh.com
- JOHN W WEIL    bmail@hooplaw.com, csayles@hooplaw.com
- J STEPHEN WERTS    swerts@chbh.com, dharris@chbh.com

Page 1 -  **CERTIFICATE OF SERVICE**

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon  97204-3219
Telephone 503-228-2525

::ODMA\PCDOCS\PORTLAND\532230\1

<u>and</u> on the following parties by **mailing** a full, true and correct copy in a sealed first-class postage prepaid envelope, addressed to the parties listed below, and deposited with the United States Postal Service at Portland, Oregon on the date set forth below:

- JAMES BOLDRICK
  1801 W Wall St
  Midland, TX 79701

- CRAIG P BRONSTEIN
  400 N TUSTIN AVE #120
  SANTA ANA, CA 92705-3815

- DAVID P CANAS
  315 DEADERICK ST#1800
  NASHVILLE, TN 37238

- Barry P Caplan
  Sussman Shank LLP
  1000 SW Broadway #1400
  Portland, OR 97205-3089

- CRAIG V GABBERT
  315 Deaderick St #1800
  Nashville, TN 37238

- DANIEL HOLLMANN
  5030 E University Blvd #D-103
  Odessa, TX 79762

- Health Care Services, LLC
  c/o Mr. Russell Johnson, G.M.
  12728 SE Stark St
  Portland, OR 97233

- Henderson Bennington Moshofsky, P.C.
  fka Reinhardt, Henderson & Co., P.C.
  4800 SW Griffith Dr #350
  Beaverton, OR 97005-8716

- MARK M LE COQ
  1211 SW 5TH AVE #1600-1800
  PORTLAND, OR 97204

- Liberty Northwest Insurance Corp
  c/o Ms. Barbara Davis, Credit Manager
  560 NE Holladay St
  Portland, OR 97232

- RANDAL MASHBURN
  211 Commerce St #1000
  Nashville, TN 37201

- SAM J MC ALLESTER
  511 Union St #1600
  Nashville, TN 37219

- GENE MECHANIC
  621 SW MORRISON ST #1450
  PORTLAND, OR 97205

- Oregon Employment Dept
  Tax Section
  875 Union St NE Rm 107
  Salem, OR 97311-0030

- LORI L PURKEY
  444 W MICHIGAN AVE
  KALAMAZOO, MI 49007

- Aventis Pasteur
  c/o Lisa Karpf
  Credit Services Analyst
  Discovery Dr Bldg MB11
  Swiftwater, PA 18370

Page 2 - **CERTIFICATE OF SERVICE**

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525

::ODMA\PCDOCS\PORTLAND\532230\1

- Quest Diagnostics Clinical Laboratories
  c/o Mr. Robert Owen
  Asst. Controller
  6600 SW Hampton St
  Portland, OR 97223

- RANDALL ROUSE
  300 N Marienfeld #700
  Midland, TX 79701

- J WILLIAM SAVAGE
  620 SW 5th Ave #1125
  Portland, OR 97204

- Tara J Schleicher
  Farleigh Wada & Witt PC
  121 SW Morrison St #600
  Portland, OR 97204-3192

- Robert J Vanden Bos
  Vanden Bos & Chapman LLP
  319 SW Washington St #520
  Portland, OR 97204-2690

- GKPS, Inc.
  c/o Edward C Hostmann CEO
  POB 454
  Lake Oswego, OR 97034

DATED July 20, 2007

/s/ Kimberly L. Ackerman
Kimberly L. Ackerman, Legal Secretary

Page 2 - **CERTIFICATE OF SERVICE**

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon  97204-3219
Telephone 503-228-2525

::ODMA\PCDOCS\PORTLAND\532230\1