U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**
September 28, 2007
Clerk, U.S. Bankruptcy Court

Below is a Judgment of the Court. If the judgment is for money, the applicable judgment interest rate is: Not applicable.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>GKPS, INC.<br><br>    Debtor. | Case No. 04-34670-tmb7 |
| AMY MITCHELL, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>McKESSON MEDICAL-SURGICAL, INC.<br><br>    Defendant. | Adversary Proceeding No. 07-03014-tmb<br><br>**STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Based on the stipulation of Plaintiffs and Defendant, and it appearing that all of Plaintiffs' claims against Defendant have been fully settled and compromised, it is

ADJUDGED as follows:

1. This adversary proceeding is dismissed with prejudice; and

2. Neither Plaintiffs nor Defendant are awarded any costs or disbursements.

###

Page 1 of 2 -  **STIPULATED JUDGMENT OF DISMISSAL**

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525

::ODMA\PCDOCS\PORTLAND\583987\2

Presented by:

BALL JANIK LLP

By: /s/ Justin D. Leonard
    Justin D. Leonard, OSB #03373
    Attorney for Amy Mitchell, Chapter 7 Trustee

cc:   Justin D. Leonard
      Jeffrey K. Garfinkle
      Matthew A. Goldberg

**STIPULATED AND AGREED:**

| BALL JANIK LLP | BUCHALTER NEMER |
|---|---|
| By: /s/ Justin D. Leonard<br>Justin D. Leonard, OSB #03373<br>Attorney for Amy Mitchell, Ch. 7 Trustee | By: /s/ Jeffrey K. Garfinkle<br>Jeffrey K. Garfinkle, *Pro Hac Vice*<br>Attorney for Defendant |

PRESTON GATES & ELLIS LLP

By: /s/ Matthew A. Goldberg
    Matthew A. Goldberg, OSB #052655
Attorney for Co-Plaintiff, Trustee Rodolfo Camacho

Page 2 of 2  -  **STIPULATED JUDGMENT OF DISMISSAL**

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon  97204-3219
Telephone 503-228-2525

::ODMA\PCDOCS\PORTLAND\583987\2