## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GKPS, Inc. | § | Case No. 04-34670-tmb7 |
| | § | |
| Debtor(s) | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  The debtor filed a petition under chapter        of the United States Bankruptcy Code on         . The case was converted to one under Chapter 7 on             .  The undersigned trustee was appointed on         .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                 $

        Funds were disbursed in the following amounts:

        Administrative expenses
        Payments to creditors
        Non-estate funds paid to 3rd Parties
        Payments to the debtor

        Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

6.  The deadline for filing claims in this case was                . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $           . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $      as interim compensation and now requests a sum of $          , for a total compensation of $          .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $      , and now requests reimbursement for expenses of $          , for total expenses of $           .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/AMY MITCHELL _____
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Exhibit A

| Case No: | 04-34670 | TMB | Judge: TRISH M. BROWN |
|---|---|---|---|
| Case Name: | GKPS, Inc. | | |

For Period Ending: 09/29/10

| Trustee Name: | AMY MITCHELL |
|---|---|
| Date Filed (f) or Converted (c): | 01/27/06 (c) |
| 341(a) Meeting Date: | 03/08/06 |
| Claims Bar Date: | 06/06/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank Account | 4,649.88 | 5,000.00 | | 12,228.66 | FA |
| Bank One ~ Checking Unclear whether funds belong to this Debtor or to related Debtors. Made demand on bank to close account. | | | | | |
| 2. Security Deposits | 90,125.00 | 0.00 | DA | 0.00 | FA |
| No known recoverable security deposits of this Debtor as of filing date. | | | | | |
| 3. Business Interest | Unknown | 0.00 | DA | 0.00 | FA |
| Common stock in Symphony I, II & III Symphony I and II are in related bankruptcy. | | | | | |
| 4. Accounts Receivable | 25,000.00 | 0.00 | DA | 0.00 | FA |
| Loan to Dr. Ghadasalli Part of settlement of all claims (See Asset #14). | | | | | |
| 5. Other Liquidated Debts | Unknown | 0.00 | DA | 0.00 | FA |
| 6. CONTINGENT CLAIMS | Unknown | 0.00 | DA | 0.00 | FA |
| 7. Website | Unknown | 0.00 | DA | 0.00 | FA |
| Symphony Healthcare.com May belong to related debtors. No value. | | | | | |
| 8. Preference | Unknown | 0.00 | DA | 0.00 | FA |
| Schedules list several pages of payments made to creditors in 90-days prior to filing. Per testimony at 341a, not all payments were made from GKPS. Majority of payments were made from related entities. Will need additional information to determine which payments may be preferential transfers by this Debtor. Potential preferential transfers resulting in litigation: Perry, Kale, Srivastava, Gadasalli and Western National Bank (See Assets #11-15). | | | | | |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No:          04-34670    TMB    Judge: TRISH M. BROWN
Case Name:    GKPS, Inc.

Trustee Name:          AMY MITCHELL
Date Filed (f) or Converted (c):    01/27/06 (c)
341(a) Meeting Date:    03/08/06
Claims Bar Date:    06/06/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| May be additional preferences identified in future. | | | | | |
| 9. Preference | Unknown | 0.00 | DA | 0.00 | FA |
| Schedules list several payments to insiders. Unclear whether payments were made by this Debtor or related entities. Will need additional information. | | | | | |
| Complaint filed against insiders (See Assets #11-15).  May be additional insider claims. | | | | | |
| 10. Transfer | 10,800.00 | 0.00 | DA | 0.00 | FA |
| Gift to American Cancer Society 5/28/03 Wire transfer to L'ete Du Vin Mr. Perry is board member for L'ete Du Vin event.  Does not appear to be recoverable transfer. | | | | | |
| 11. Claim | 0.00 | 12,500.00 | | 12,500.00 | FA |
| Claims against Kenneth Perry. Breach of fiduciary duty, shareholder liability, breach of contract, fraudulent transfers, preferential transfers, equitable subordination. Complaint filed with Trustee Camacho at AP 06-03216-tmb7. Settled jointly with Symphony for $50,000 paid jointly and severally with Roberta Kale.  GKPS entitled to $25k, therefore $12,500 allocated to Perry claim. | | | | | |
| 12. Claim | 0.00 | 12,500.00 | | 12,500.00 | FA |
| Claims against Roberta Kale Breach of fiduciary duty, shareholder liability, breach of contract, fraudulent transfers, preferential transfers, equitable subordination. Complaint filed jointly with Trustee Camacho at AP 06-03216-tmb7. Settled jointly with Symphony Estate.  Settlement provides Ms. Kale will pay $50k total, jointly with Mr. Perry.  Amount to GKPS is $25k, | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

Case No:        04-34670    TMB    Judge: TRISH M. BROWN

Case Name:    GKPS, Inc.

Trustee Name:                        AMY MITCHELL

Date Filed (f) or Converted (c):    01/27/06 (c)

341(a) Meeting Date:                03/08/06

Claims Bar Date:                    06/06/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| with $12,500 allocated to Kale. | | | | | |
| 13. Claim | 0.00 | 37,500.00 | | 37,500.00 | FA |
|     Claims against Sudhir Srivastava.<br>    Breach of fiduciary duty, shareholder liability, fraudulent transfers,<br>    preferential transfers, equitable subordination.  Complaint filed jointly<br>    with Trustee Camacho at AP 06-03216-tmb7.<br>    Settled jointly with Symphony for $75k total.  GKPS entitled to<br>    $37,500. | | | | | |
| 14. Claim | 0.00 | 37,500.00 | | 37,500.00 | FA |
|     Claim against Suresh Gadasalli.<br>    Breach of fiduciary duty, shareholder liability, fraudulent transfers,<br>    preferential transfers, equitable subordination.  Complaint filed jointly<br>    with Trustee Camacho at AP 06-03216-tmb7.<br>    Settled jointly with Symphony for a total of $75k.  GKPS entitled to<br>    $37,500. | | | | | |
| 15. Claim | 0.00 | 75,000.00 | | 75,000.00 | FA |
|     Claim against Western National Bank.<br>    Fraudulent transfers and preferential transfers.  Complaint filed jointly<br>    with Trustee Camacho at AP 06-03216-tmb7.<br>    Settled jointly with Symphony for a total of $150k.  GKPS entitled to<br>    $75k. | | | | | |
| 16. Preference | 0.00 | 20,000.00 | | 40,000.00 | FA |
|     NDC (Per-Se Technologies, Inc.)<br>    Settled per notice for $40k total (split with Symphony Estate).  GKPS<br>    entitled to $20k. | | | | | |
| 17. Claim (u) | 0.00 | 20,000.00 | | 20,000.00 | FA |
|     Unearned Retainer with Harwell, Howard & Hyne<br>    Total amount is $40k (Split with Symphony Estate).  GKPS entitled to | | | | | |

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:    4

Exhibit A

| Case No: | 04-34670 | TMB | Judge: TRISH M. BROWN |
|---|---|---|---|
| Case Name: | GKPS, Inc. | | |

| Trustee Name: | AMY MITCHELL |
|---|---|
| Date Filed (f) or Converted (c): | 01/27/06 (c) |
| 341(a) Meeting Date: | 03/08/06 |
| Claims Bar Date: | 06/06/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| $20k. | | | | | |
| 18. Preference | 0.00 | 0.00 | DA | 0.00 | FA |
| Claim against AFCO for preferential tranfers totalling $183,414.34 in 90-days prior to filing.<br>Complaint filed jointly with Symphony.  Defendant asserted complete defenses and provided documentation.<br>Upon advice of counsel, Trustee dismissed case. | | | | | |
| 19. Preference | 0.00 | 40,000.00 | DA | 0.00 | FA |
| Claim against McKesson Drug for preferential transfers totalling $ 104,258.67 in 90-days prior to filing.<br>Complaint filed jointly with Symphony.<br><br>McKesson asserted defenses based on associated company (i.e., should be different defendant).  Court denied motion to add defendant.<br>McKesson has additional defenses.  Nothing for GKPS. | | | | | |
| 20. Preference | 0.00 | 0.00 | DA | 0.00 | FA |
| Claim against Nursefinders, Inc. for preferential transfers totalling $63,738.69.<br>Complaint filed and Nursefinders asserted multiple defenses and provided documentation.  On advice of counsel, Trustee dismissed litigation. | | | | | |
| 21. Preference | 0.00 | 40,500.00 | | 81,000.00 | FA |
| Claim against Bass, Berry, Sims PLC for preferential transfers totaling $135,000.<br>Complaint filed jointly with Symphony.  Settled for total of $81,000.<br>GKPS entitled to $40,500. | | | | | |
| 22. Bank Account (u) | 0.00 | 21.29 | | 21.29 | FA |
| DIP Account | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| Case No: | 04-34670 | TMB | Judge: TRISH M. BROWN | Trustee Name: | AMY MITCHELL |
|---|---|---|---|---|---|
| Case Name: | GKPS, Inc. | | | Date Filed (f) or Converted (c): | 01/27/06 (c) |
| | | | | 341(a) Meeting Date: | 03/08/06 |
| | | | | Claims Bar Date: | 06/06/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2,950.79 | Unknown |

|  |  |  |  | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $130,574.88 | $300,521.29 | | $331,200.74 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/05/10        Current Projected Date of Final Report (TFR): 09/30/10

# FORM 2

Page:   1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: | 04-34670  -TMB | |
| Case Name: | GKPS, Inc. | |

| | |
|---|---|
| Trustee Name: | AMY MITCHELL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2198  BofA - Money Market Account |

| | |
|---|---|
| Taxpayer ID No: | *******4246 |
| For Period Ending: | 09/29/10 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 67,349,494.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/21/06 | 22 | Edward Hostmann, Inc. GKPS, Inc. PO Box 454 Lake Oswego, OR 97034 | DIP Account | 1229-000 | 21.29 | | 21.29 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 0.02 | | 21.31 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 0.02 | | 21.33 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 0.02 | | 21.35 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 0.02 | | 21.37 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 0.02 | | 21.39 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 0.02 | | 21.41 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 0.02 | | 21.43 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 0.02 | | 21.45 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 0.02 | | 21.47 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 0.02 | | 21.49 |
| 02/05/07 | 1 | Western National Bank | Bank Account WNB account 22403655 | 1129-000 | 5,268.48 | | 5,289.97 |
| 02/05/07 | 1 | Western National Bank | Bank Account WNB account 22403957 | 1129-000 | 507.59 | | 5,797.56 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.47 | | 5,801.03 |
| 03/20/07 | 000301 | Amy E. Mitchell P.O. Box 2289 Lake Oswego, OR 97035 | Bond Premium | 2300-000 | | 6.14 | 5,794.89 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.92 | | 5,799.81 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.78 | | 5,804.59 |
| 05/22/07 | 16 | Per-Se Technologies, Inc. 1145 Sanctuary Parkway, Suite 200 Alpharetta, GA 30004 | Settlement Payment Split 50/50 with SHC Estate per notice. | 1141-000 | 40,000.00 | | 45,804.59 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 13.63 | | 45,818.22 |

|  | Page Subtotals | 45,824.36 | 6.14 |
|---|---|---|---|

Ver: 15.20

LFORM24

**UST Form 101-7-TFR (9/1/2009)** *(Page: 8)*

**FORM 2**

Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 04-34670 -TMB | | Trustee Name: | AMY MITCHELL |
|---|---|---|---|---|
| Case Name: | GKPS, Inc. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2198 BofA - Money Market Account |
| Taxpayer ID No: | *******4246 | | | |
| For Period Ending: | 09/29/10 | | Blanket Bond (per case limit): | $ 67,349,494.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/11/07 | 000302 | Rodolfo Camacho, Trustee<br>Bktcy Estates of Symphony Healthcare<br>PO Box 13897<br>Salem, OR 97309 | Settlement Payment<br>Per settlement, SHC estate entitled to 1/2 of settlement on preference with Per-Se Technologies (aka NDC). | 8500-002 | | 20,000.00 | 25,818.22 |
| 06/19/07 | | Symphony Healthcare V LLC<br>Rodolfo Camacho, Trustee | Settlement Payment | | 175,000.00 | | 200,818.22 |
| | 12 | KALE, ROBERTA | Memo Amount:        12,500.00<br>Settlement Payment | 1141-000 | | | |
| | 11 | PERRY, KENNETH | Memo Amount:        12,500.00<br>Settlement Payment | 1141-000 | | | |
| | 13 | SRIVASTAVA, SUDHIR | Memo Amount:        37,500.00<br>Settlement Payment | 1141-000 | | | |
| | 14 | GADASALLI, SURESH | Memo Amount:        37,500.00<br>Settlement Payment | 1141-000 | | | |
| | 15 | WESTERN BANK | Memo Amount:        75,000.00<br>Settlement Payment | 1141-000 | | | |
| 06/22/07 | 17 | Symphony Healthcare V<br>Rodolfo Camacho Trustee | Settlement Payment | 1229-000 | 20,000.00 | | 220,818.22 |
| 06/25/07 | 000303 | Iron Mountain Information Management Inc | Settlement Payment<br>1/2 of record fee per settlement | 2990-000 | | 6,956.52 | 213,861.70 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 73.88 | | 213,935.58 |
| 07/11/07 | 21 | Bass Berry Sims | Settlement Payment<br>1/2 of settlement proceeds are property of Symphony Estate. | 1141-000 | 81,000.00 | | 294,935.58 |
| 07/13/07 | 000304 | Rodolfo Camacho, Trustee<br>Symphony Healthcare V LLC<br>PO Box 13897<br>Salem, OR 97309 | Settlement Payment<br>Per settlement, Symphony Healthcare Estate entitled to 1/2 of settlement with Bass Berry Sims for preference. | 8500-002 | | 40,500.00 | 254,435.58 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.750 | 1270-000 | 287.11 | | 254,722.69 |

Page Subtotals        276,360.99        67,456.52

Ver: 15.20

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit B

| Case No: | 04-34670  -TMB | Trustee Name: | AMY MITCHELL |
|---|---|---|---|
| Case Name: | GKPS, Inc. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2198  BofA - Money Market Account |
| Taxpayer ID No: | *******4246 | | |
| For Period Ending: | 09/29/10 | Blanket Bond (per case limit): | $ 67,349,494.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/10/07 | 000305 | Ball Janik LLP | Interim Fees & Expenses | | | 40,692.75 | 214,029.94 |
| | | 101 SW Main St., Suite 1100 | Per Order 8/8/07 | | | | |
| | | Portland, OR 97204 | | | | | |
| | | | Fees          37,413.50 | 3210-000 | | | 214,029.94 |
| | | | Expenses         3,279.25 | 3220-000 | | | 214,029.94 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.750 | 1270-000 | 345.43 | | 214,375.37 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.750 | 1270-000 | 308.34 | | 214,683.71 |
| 10/12/07 | | Transfer to Acct #*******2807 | Bank Funds Transfer | 9999-000 | | 20.00 | 214,663.71 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.500 | 1270-000 | 316.13 | | 214,979.84 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.500 | 1270-000 | 265.04 | | 215,244.88 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.500 | 1270-000 | 274.22 | | 215,519.10 |
| 01/28/08 | 1 | JP Morgan Chase | Bank Account Balance | 1129-000 | 3,400.90 | | 218,920.00 |
| | | National Account Services | | | | | |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 268.89 | | 219,188.89 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 112.89 | | 219,301.78 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 99.76 | | 219,401.54 |
| 04/04/08 | 1 | JP Morgan Chase | Settlement on Bank Account | 1129-000 | 3,051.69 | | 222,453.23 |
| 04/14/08 | 000306 | Amy Mitchell, Trustee | Bond Premium | 2300-000 | | 294.47 | 222,158.76 |
| | | P.O. Box 2289 | | | | | |
| | | Lake Oswego, OR 97035 | | | | | |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 72.58 | | 222,231.34 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 47.05 | | 222,278.39 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 45.56 | | 222,323.95 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 47.08 | | 222,371.03 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 47.08 | | 222,418.11 |
| 09/04/08 | 000307 | Oregon Dept. of Revenue | Excise Tax 2007  62-1874246 | 2820-000 | | 10.00 | 222,408.11 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 45.59 | | 222,453.70 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.200 | 1270-000 | 40.42 | | 222,494.12 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.200 | 1270-000 | 36.47 | | 222,530.59 |

Page Subtotals          8,825.12          41,017.22

Ver: 15.20

**UST Form 101-7-TFR (9/1/2009)** *(Page: 10)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    4

Exhibit B

Case No:         04-34670  -TMB
Case Name:    GKPS, Inc.

Taxpayer ID No:  *******4246
For Period Ending:  09/29/10

Trustee Name:        AMY MITCHELL
Bank Name:           BANK OF AMERICA, N.A.
Account Number / CD #:    *******2198  BofA - Money Market Account

Blanket Bond (per case limit):    $ 67,349,494.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 22.38 | | 222,552.97 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 3.78 | | 222,556.75 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 3.41 | | 222,560.16 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 3.78 | | 222,563.94 |
| 04/13/09 | 000308 | Amy E. Mitchell<br>P.O. Box 2289<br>Lake Oswego, OR 97035 | Bond Premium | 2300-000 | | 251.94 | 222,312.00 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.14 | | 222,321.14 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.43 | | 222,330.57 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.15 | | 222,339.72 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.44 | | 222,349.16 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.44 | | 222,358.60 |
| 09/25/09 | 000309 | OREGON DEPT. OF REVENUE | 62-1874246  2008 Form 20-S | 2820-000 | | 10.00 | 222,348.60 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.14 | | 222,357.74 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.44 | | 222,367.18 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.14 | | 222,376.32 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.44 | | 222,385.76 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.43 | | 222,395.19 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.53 | | 222,403.72 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.45 | | 222,413.17 |
| 04/14/10 | 000310 | Amy Mitchell<br>P.O. Box 2289<br>Lake Oswego, OR 97035 | Bond Premium | 2300-000 | | 198.61 | 222,214.56 |
| 04/28/10 | 000311 | Henderson Bennington Moshofsky, PC | Final Compensation | | | 4,873.64 | 217,340.92 |
| | | | Fees              4,677.00 | 3410-000 | | | 217,340.92 |
| | | | Expenses          196.64 | 3420-000 | | | 217,340.92 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.12 | | 217,350.04 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.23 | | 217,359.27 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.94 | | 217,368.21 |

Page Subtotals          171.81          5,334.19

Ver: 15.20

LFORM24

**UST Form 101-7-TFR (9/1/2009)** *(Page: 11)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 04-34670 -TMB | | Trustee Name: | AMY MITCHELL |
|---|---|---|---|---|
| Case Name: | GKPS, Inc. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2198  BofA - Money Market Account |
| Taxpayer ID No: | *******4246 | | | |
| For Period Ending: | 09/29/10 | | Blanket Bond (per case limit): | $  67,349,494.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.22 | | 217,377.43 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.24 | | 217,386.67 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 175,000.00 | | **COLUMN TOTALS** | | 331,200.74 | 113,814.07 | 217,386.67 |
| Memo Allocation Disbursements: | 0.00 | | Less:  Bank Transfers/CD's | | 0.00 | 20.00 | |
| | | | Subtotal | | 331,200.74 | 113,794.07 | |
| Memo Allocation Net: | 175,000.00 | | Less:  Payments to Debtors | | | 60,500.00 | |
| | | | Net | | 331,200.74 | 53,294.07 | |

Page Subtotals                18.46                0.00

Ver: 15.20

**FORM 2**

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 04-34670  -TMB | | Trustee Name: | AMY MITCHELL |
| Case Name: | GKPS, Inc. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2807  BofA - Checking Account |
| Taxpayer ID No: | *******4246 | | | |
| For Period Ending: | 09/29/10 | | Blanket Bond (per case limit): | $ 67,349,494.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/12/07 | | Transfer from Acct #*******2198 | Bank Funds Transfer | 9999-000 | 20.00 | | 20.00 |
| 10/12/07 | 003001 | Oregon Dept. of Revenue | Income Tax 62-14874246 2005 | 2820-000 | | 10.00 | 10.00 |
| 10/12/07 | 003002 | Oregon Dept. of Revenue | Income Tax 62-1874246 2006 | 2820-000 | | 10.00 | 0.00 |

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | | COLUMN TOTALS | | 20.00 | 20.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | | Less:  Bank Transfers/CD's | | 20.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 20.00 | |
| Memo Allocation Net: | 0.00 | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 20.00 | |

| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 175,000.00 | | TOTAL - ALL ACCOUNTS | | | | |
| Total Allocation Disbursements: | 0.00 | | BofA - Money Market Account - *******2198 | | 331,200.74 | 53,294.07 | 217,386.67 |
| | | | BofA - Checking Account - ********2807 | | 0.00 | 20.00 | 0.00 |
| Total Memo Allocation Net: | 175,000.00 | | | | ------------------------ | ------------------------ | ------------------------ |
| | | | | | 331,200.74 | 53,314.07 | 217,386.67 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

LFORM24

**UST Form 101-7-TFR (9/1/2009)** *(Page: 13)*

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 04-34670 | | Page 1 | | | Date: September 29, 2010 |
|---|---|---|---|---|---|---|
| Debtor Name: | GKPS, Inc. | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000031<br>001<br>2950-00 | US Trustee<br>620 SW Main St., Suite 213<br>Portland, OR 97205 | Administrative | | $250.00 | $0.00 | $250.00 |
| 64<br>001<br>3210-00 | Ball Janik LLP<br>101 SW Main St., Suite 1100<br>Portland, OR 97204 | Administrative | | $15,711.42 | $0.00 | $15,711.42 |
| 65<br>002<br>6710-00 | Joseph A Field<br>Field & Jerger LLP<br>610 SW Alder, #910<br>Portland, OR 97205 | Administrative | | $0.00 | $0.00 | $0.00 |
| 000015A<br>040<br>5300-00 | HEIDI IVERSON<br>1435 SW Spence Court<br>Troutdale, OR 97060 | Priority | | $650.00 | $0.00 | $650.00 |
| 000018B<br>040<br>5800-00 | City of Portland (Oregon) City Atty"s<br>Office<br>Attn Deputy City Atty Linda Law<br>1221 SW 4th Ave #430<br>Portland OR  97204 | Priority | | $0.00 | $0.00 | $0.00 |
| 000019B<br>040<br>5800-00 | City of Portland (Oregon) City Atty"s<br>Office<br>Attn Deputy City Atty Linda Law<br>1221 SW 4th Ave #430<br>Portland OR  97204 | Priority | | $0.00 | $0.00 | $0.00 |
| 000021<br>041<br>5400-00 | Prudential Insurance Co of America<br>2101 Welsh Rd<br>Dresher PA  19025 | Priority | | $11,902.75 | $0.00 | $11,902.75 |
| 000022<br>040<br>5800-00 | IRS<br>1220 SW 3rd Ave MS 0240<br>Portland OR 97204 | Priority | | $0.00 | $0.00 | $0.00 |
| 000023<br>045<br>5800-00 | IRS<br>Insolvency 3 M/S O240<br>1220 SW 3rd Ave<br>Portland OR 97204 | Priority | | $1,206,724.68 | $0.00 | $1,206,724.68 |
| 000041<br>040<br>5800-00 | Diagnostic Associates<br>POB 132<br>Lafayette, OR 97127-0132 | Priority | | $0.00 | $0.00 | $0.00 |
| 000042B<br>040<br>5800-00 | Collier, Jeanine<br>10151 SE Sunnyside #499<br>Clackamas, OR  97015-6911 | Priority | | $0.00 | $0.00 | $0.00 |
| 000056<br>040<br>5300-00 | CHUCK ALTIG<br>12845 SE Freeman Road<br>Milwaukie, OR 97222 | Priority | | $1,520.00 | $0.00 | $1,520.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 04-34670 | | | Page 2 | | Date: September 29, 2010 |
|---|---|---|---|---|---|---|
| Debtor Name: | GKPS, Inc. | | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000057 040 5800-00 | Reinhardt Henderson & Co PC 4800 SW Griffith Dr #350 Beaverton, OR 97005 | Priority | | $0.00 | $0.00 | $0.00 |
| 000058 040 5800-00 | Joseph A Field Field & Jerger LLP 610 SW Alder #910 Portland, OR 97205 | Priority | | $0.00 | $0.00 | $0.00 |
| 000059 040 5800-00 | John B Brams CPA 4880 SW Scholls Ferry Rd #33 Portland, OR 97225 | Priority | | $0.00 | $0.00 | $0.00 |
| 000001 070 7100-00 | Quest Diagnostics Clinical Lab Lanak & Hanna PC c/o Craig P Bronstein Esq 400 N Tustin Ave #120 Santa Ana CA 92705 | Unsecured | | $100,462.46 | $0.00 | $100,462.46 |
| 000002 070 7100-00 | Medline Industries One Medline Pl Mundelein IL 60060 | Unsecured | | $20,081.02 | $0.00 | $20,081.02 |
| 000003 070 7100-00 | William H Schultz 888 SW Fifth Ave. #650 Portland, OR 97204 | Unsecured | | $1,740.79 | $0.00 | $1,740.79 |
| 000004 070 7100-00 | HMS Monitor 3102 West End Ave. #400 Nashville, TN 37203 | Unsecured | | $166,867.28 | $0.00 | $166,867.28 |
| 000005 070 7100-00 | Sidus, LLC 10426 Winterflower Way Parker, CO 80134 | Unsecured | | $6,630.00 | $0.00 | $6,630.00 |
| 000006 070 7100-00 | Suresh Gadasalli 500 E 4th Street Odessa, TX 79761 | Unsecured | | $500,000.00 | $0.00 | $500,000.00 |
| 000007 070 7100-00 | Suhdir Srivastava 700 N. Grant #800 Odessa, TX 79761 | Unsecured | | $500,000.00 | $0.00 | $500,000.00 |
| 000009 070 7100-00 | American International Specialty Lines Ins Co AIG Law Dept Bkcy David A Levin Esq 70 Pine St #31 New York NY 10270 | Unsecured | | $86,511.00 | $0.00 | $86,511.00 |
| 000010 070 7100-00 | EC Co dba E C Power Systems Scott Hookland LLP c/o Michael J Scott POB 23414 Tigard OR 97281 | Unsecured | | $2,427.93 | $0.00 | $2,427.93 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 04-34670 | | Page 3 | | | Date: September 29, 2010 |
| Debtor Name: | GKPS, Inc. | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000011 070 7100-00 | Regence Blueshield The Regence Group 2890 E Cottonwood Pkwy Salt Lake City UT 84121 | Unsecured | | $11,137.72 | $0.00 | $11,137.72 |
| 000012 070 7100-00 | Olympus America Inc. Two Corporate Center Dr. Melville, NY 11747 | Unsecured | | $32,272.97 | $0.00 | $32,272.97 |
| 000013 070 7100-00 | Monaghan, Tena M. c/o Jeffrey P. Thayer 1781 Liberty St., SE Salem, OR 97302 | Unsecured | | $895,000.00 | $0.00 | $895,000.00 |
| 000014 070 7100-00 | Iverson, Heidi 1435 SW Spence Court Troutdale, OR 97060 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000015B 070 7100-00 | Heidi IVerson | Unsecured | | $5,286.66 | $0.00 | $5,286.66 |
| 000016A 070 7100-00 | NEC Financial Svcs Inc c/o Tara J Schleicher Farleigh Wada & Witt PC 121 SW Morrison St #600 Portland Or 97204 | Unsecured | | $356,065.21 | $0.00 | $356,065.21 |
| 000017 070 7100-00 | Modjeski, Michael E 42015 SE Highway 26 Sandy, OR 97055 | Unsecured | | $497.87 | $0.00 | $497.87 |
| 000018A 070 7100-00 | City of Portland (Oregon) City Atty"s Office Attn Deputy City Atty Linda Law 1221 SW 4th Ave #430 Portland OR 97204 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000019A 070 7100-00 | City of Portland (Oregon) City Atty"s Office Attn Deputy City Atty Linda Law 1221 SW 4th Ave #430 Portland OR 97204 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000020 070 7100-00 | Aesculap Instruments Attn Larry Kiefer 824 12th Ave Bethlehem PA 18109 | Unsecured | | $120.72 | $0.00 | $120.72 |
| 000024 070 7100-00 | Aske Security 16420 SE Division, #A Portland, OR 97236-1932 | Unsecured | | $39,030.00 | $0.00 | $39,030.00 |
| 000025 070 7100-00 | Data Perspectives PO Box 167 Clackamas, OR 97015-0167 | Unsecured | | $0.00 | $0.00 | $0.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 04-34670 | | Page 4 | | | Date: September 29, 2010 |
| Debtor Name: | GKPS, Inc. | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000026 070 7100-00 | Mid-County Memo Publishing 3510 NE 134th Ave. Portland, OR 97230-2850 | Unsecured | | $1,006.50 | $0.00 | $1,006.50 |
| 000027 070 7100-00 | CT International 4340 Santa Fe Rd. San Luis Obispo, CA 93401 | Unsecured | | $566.80 | $0.00 | $566.80 |
| 000029 070 7100-00 | Radio Cab Co 1613 NW Kearney St Portland, OR 97209 | Unsecured | | $11,601.93 | $0.00 | $11,601.93 |
| 000030 070 7100-00 | Med Staff, Inc 297 S. Newtown St Rd Newtown Sq, PA 19073-4497 | Unsecured | | $187,878.93 | $0.00 | $187,878.93 |
| 000032 070 7100-00 | Mecta Corporation Bldg D #B 19799 SW 95th Pl Tualatin, OR 97062-7584 | Unsecured | | $7,096.20 | $0.00 | $7,096.20 |
| 000033 070 7100-00 | Susee, Sandra L 31780 SE Kropf Rd Canby, OR 97013-9521 | Unsecured | | $175.00 | $0.00 | $175.00 |
| 000034 070 7100-00 | The Personnel Dept 10250 SW Greenburg Rd #116 Lincoln Center Portland, OR 97223 | Unsecured | | $6,335.17 | $0.00 | $6,335.17 |
| 000035 070 7100-00 | Johnson and Johnson Systems Inc 5972 Collection Center Dr Chicago, IL 60693-0059 | Unsecured | | $8,608.51 | $0.00 | $8,608.51 |
| 000036 070 7100-00 | Lattimore, Black, Morgan & Cain 5250 Virginia Way Brentwood, TN 37024-1869 | Unsecured | | $22,234.25 | $0.00 | $22,234.25 |
| 000037 070 7100-00 | LBMC Healthcare Group LLC 5250 Virginia Way, #400 Brentwood, TN 37024-1869 | Unsecured | | $7,000.00 | $0.00 | $7,000.00 |
| 000038 070 7100-00 | Echo Vision Inc 5100 NE 48th St Vancouver, WA 98661-2845 | Unsecured | | $2,461.63 | $0.00 | $2,461.63 |
| 000039 070 7100-00 | Management Recruiters of Portland Lloyd Center #2020 Portland, OR 97232 | Unsecured | | $13,000.00 | $0.00 | $13,000.00 |
| 000040 070 7100-00 | T-System Inc Attn Tina Clark 4020 McEwen Dr #281 Dallas, TX 75244-5091 | Unsecured | | $20,568.00 | $0.00 | $20,568.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 04-34670 | | Page 5 | | | Date: September 29, 2010 |
|---|---|---|---|---|---|---|
| Debtor Name: | GKPS, Inc. | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000042A 070 7100-00 | Collier, Jeanine 10151 SE Sunnyside #499 Clackamas, OR 97015-6911 | Unsecured | | $12,110.00 | $0.00 | $12,110.00 |
| 000043 070 7100-00 | Schultz, William H The Arthur Morgan School 60 AMS Circle Burnsville, NC 28714 | Unsecured | | $1,740.69 | $0.00 | $1,740.69 |
| 000044 070 7100-00 | Baxter Healthcare Corp One Baxter Pkwy Deerfield, IL 60015 attn: Milissa Gagin DF4-2E | Unsecured | | $1,029.53 | $0.00 | $1,029.53 |
| 000046 070 7100-00 | Medical Staffing POB 840416 Dallas, TX 75284-0416 | Unsecured | | $43,553.23 | $0.00 | $43,553.23 |
| 000047 070 7100-00 | Stat Medical Services Inc POB 840416 Dallas, TX 75284-0416 | Unsecured | | $2,913.93 | $0.00 | $2,913.93 |
| 000048 070 7100-00 | SteriCycle Inc Attn Jonathon Negron 2333 Waukegan Rd #300 Bannockburn, IL 60015 | Unsecured | | $1,796.34 | $0.00 | $1,796.34 |
| 000049 070 7100-00 | Sanofi Pasteur Inc fka Aventis Pasteur Attn Paul C Iacavazzi Sr Discovery Dr Bldg Swiftwater, PA 18370 | Unsecured | | $4,051.00 | $0.00 | $4,051.00 |
| 000050 070 7100-00 | Sanofi Pasteur Inc fka Aventis Pasteur Attn Paul C Iacavazzi Sr Discovery Dr Bldg Swiftwater, PA 18370 | Unsecured | | $1,292.45 | $0.00 | $1,292.45 |
| 000051 070 7100-00 | Med Staff, Inc 297 S. Newtown St Rd Newtown Sq, PA 19073-4497 | Unsecured | | $187,878.93 | $0.00 | $187,878.93 |
| 000052 070 7100-00 | Health Care Services LLC 12728 SE Stark St Portland, OR 97233-1539 | Unsecured | | $59,671.17 | $0.00 | $59,671.17 |
| 000053 070 7100-00 | Ecolab POB 100512 Pasadena, CA 91189-0001 | Unsecured | | $307.49 | $0.00 | $307.49 |
| 000054 070 7100-00 | Sidus, LLC 10426 Winterflower Way Parker, CO 80134 | Unsecured | | $6,630.00 | $0.00 | $6,630.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case Number: | 04-34670 | | Page 6 | | | Date: September 29, 2010 | |
| Debtor Name: | GKPS, Inc. | | Claim Class Sequence | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000055 070 7100-00 | Passport Health 720 Cool Springs Blvd #450 Franklin, TN 37067-7258 | Unsecured | | $3,312.00 | $0.00 | $3,312.00 |
| 000060 080 7200-00 | Columbia Urological Services LLC Marvin E Sprouse III Jackson Walker LLP 100 Congress Ave #1100 Austin, TX 78701 | Unsecured | | $31,625.68 | $0.00 | $31,625.68 |
| 000061 080 7200-00 | Empiricos LLC POB 244 Freeland, WA 98249 | Unsecured | | $800.00 | $0.00 | $800.00 |
| 000062 080 7200-00 | Roberta A. Kale c/o J. Stephen Werts Cable Houston Benedict et al 1001 SW 5th Ave, Ste 2000 Portland, OR 97204 | Unsecured | | $35,000.00 | $0.00 | $35,000.00 |
| 000063 080 7200-00 | Ken W. Perry c/o J. Stephen Werts Cable Houston Benedict, et al 1001 SW 5th Ave., Ste 2000 Portland, OR 97204 | Unsecured | | $35,000.00 | $0.00 | $35,000.00 |
| 000008 050 4210-00 | Metropolitan Government of Nashville/Davidson Co. Room 204 Metropolitan Courthouse Nashville, Tennessee 37201 | Secured | | $1,014.24 | $0.00 | $1,014.24 |
| 000016B 050 4210-00 | NEC Financial Svcs Inc c/o Tara J Schleicher Farleigh Wada & Witt PC 121 SW Morrison St #600 Portland Or 97204 | Secured | | $16,046.82 | $0.00 | $16,046.82 |
| 000028 050 4210-00 | Multnomah County PO Box 2716 Portland, OR 97208 | Secured | | $79,800.68 | $0.00 | $79,800.68 |
| 000045 050 4210-00 | Metro Trustee PO Box 305012 Nashville, TN 37230-5012 | Secured | | $1,915.93 | $0.00 | $1,915.93 |
| | Case Totals: | | | $4,776,913.51 | $0.00 | $4,776,913.51 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 04-34670-tmb7
Case Name: GKPS, Inc.
Trustee Name: AMY MITCHELL

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| Metropolitan Government of Nashville/Davidson Co. | $_____ |
| NEC Financial Svcs Inc | $_____ |
| Multnomah County | $_____ |
| Metro Trustee | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: AMY MITCHELL | $_____ | $_____ |
| Attorney for trustee: Ball Janik LLP | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: US Trustee | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000015A | HEIDI IVERSON | $ | $ |
| 000021 | Prudential Insurance Co of America | $ | $ |
| 000023 | IRS | $ | $ |
| 000056 | CHUCK ALTIG | $ | $ |
| AUTO | Bank of America | $ | $ |
| AUTO | Bank of America | $ | $ |
| AUTO | Bank of America | $ | $ |
| AUTO | Oregon Employment Dept. | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ _____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The

timely allowed general (unsecured) dividend is anticipated to be ____ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Quest Diagnostics Clinical Lab | $ | $ |
| 000002 | Medline Industries | $ | $ |
| 000003 | William H Schultz | $ | $ |
| 000004 | HMS Monitor | $ | $ |
| 000005 | Sidus, LLC | $ | $ |
| 000006 | Suresh Gadasalli | $ | $ |
| 000007 | Suhdir Srivastava | $ | $ |
| 000009 | American International Specialty Lines Ins Co | $ | $ |
| 000010 | EC Co dba E C Power Systems | $ | $ |
| 000011 | Regence Blueshield | $ | $ |
| 000012 | Olympus America Inc. | $ | $ |
| 000013 | Monaghan, Tena M. | $ | $ |
| 000016A | NEC Financial Svcs Inc | $ | $ |
| 000017 | Modjeski, Michael E | $ | $ |
| 000020 | Aesculap Instruments | $ | $ |
| 000024 | Aske Security | $ | $ |
| 000026 | Mid-County Memo Publishing | $ | $ |
| 000027 | CT International | $ | $ |
| 000029 | Radio Cab Co | $ | $ |
| 000030 | Med Staff, Inc | $ | $ |
| 000032 | Mecta Corporation | $ | $ |
| 000033 | Susee, Sandra L | $ | $ |
| 000034 | The Personnel Dept | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000035 | Johnson and Johnson Systems Inc | $ | $ |
| 000036 | Lattimore, Black, Morgan & Cain | $ | $ |
| 000037 | LBMC Healthcare Group LLC | $ | $ |
| 000038 | Echo Vision Inc | $ | $ |
| 000039 | Management Recruiters of Portland | $ | $ |
| 000040 | T-System Inc | $ | $ |
| 000042A | Collier, Jeanine | $ | $ |
| 000043 | Schultz, William H | $ | $ |
| 000044 | Baxter Healthcare Corp | $ | $ |
| 000046 | Medical Staffing | $ | $ |
| 000047 | Stat Medical Services Inc | $ | $ |
| 000048 | SteriCycle Inc | $ | $ |
| 000049 | Sanofi Pasteur Inc fka | $ | $ |
| 000050 | Sanofi Pasteur Inc fka | $ | $ |
| 000051 | Med Staff, Inc | $ | $ |
| 000052 | Health Care Services LLC | $ | $ |
| 000053 | Ecolab | $ | $ |
| 000054 | Sidus, LLC | $ | $ |
| 000055 | Passport Health | $ | $ |
| 000015B | Heidi IVerson | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000060* | *Columbia Urological Services LLC* | $ | $ |
| *000061* | *Empiricos LLC* | $ | $ |
| *000062* | *Roberta A. Kale* | $ | $ |
| *000063* | *Ken W. Perry* | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be          percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $          .