# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                                          §
                                                §
GKPS, Inc.                                      §        Case No. 04-34670-tmb7
                                                §
                    Debtor(s)                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

AMY MITCHELL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                               Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:               Claims Discharged
                                                Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $                    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $                (see **Exhibit 2**), yielded net receipts of $                    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on                , and it was converted to chapter 7 on                .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/AMY MITCHELL _____
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Rodolfo Camacho, Trustee | | | |
| Rodolfo Camacho, Trustee | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000045 | METRO TRUSTEE | | | | | |
| 000008 | METROPOLITAN GOVERNMENT OF NASHVILL | | | | | |
| 000028 | MULTNOMAH COUNTY | | | | | |
| 000016B | NEC FINANCIAL SVCS INC | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMY MITCHELL | | | | | |
| AMY MITCHELL | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMY MITCHELL | | | | | |
| AMY MITCHELL | | | | | |
| AMY MITCHELL | | | | | |
| AMY MITCHELL | | | | | |
| OREGON DEPT. OF REVENUE | | | | | |
| OREGON DEPT. OF REVENUE | | | | | |
| OREGON DEPT. OF REVENUE | | | | | |
| OREGON DEPT. OF REVENUE | | | | | |
| US TRUSTEE (ADMINISTRATIVE) | | | | | |
| IRON MOUNTAIN INFORMATION MANAGEMEN | | | | | |
| BALL JANIK LLP | | | | | |
| BALL JANIK LLP | | | | | |
| BALL JANIK LLP | | | | | |
| BALL JANIK LLP | | | | | |
| HENDERSON BENNINGTON MOSHOFSKY, PC | | | | | |
| HENDERSON BENNINGTON MOSHOFSKY, PC | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000056 | CHUCK ALTIG | | | | | |
| 000015A | HEIDI IVERSON | | | | | |
| AUTO | OREGON | | | | | |
| 000021 | PRUDENTIAL INSURANCE CO OF AMERICA | | | | | |
| 000018B | CITY OF PORTLAND (OREGON) CITY ATTY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000019B | CITY OF PORTLAND (OREGON) CITY ATTY | | | | | |
| 000042B | COLLIER, JEANINE | | | | | |
| 000041 | DIAGNOSTIC ASSOCIATES | | | | | |
| 000022 | IRS | | | | | |
| 000023 | IRS | | | | | |
| 000059 | JOHN B BRAMS CPA | | | | | |
| 000058 | JOSEPH A FIELD | | | | | |
| AUTO | OED | | | | | |
| | OREGON DEPT OF REVENUE | | | | | |
| 000057 | REINHARDT HENDERSON & CO PC | | | | | |
| | TREASURY, UNITED STATES | | | | | |
| | TREASURY, UNITED STATES | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bass Berry Simms | | | | | |
| | CT Corp | | | | | |
| | Computer Marketing Corp | | | | | |
| | Elms, Faris & Co. LLP | | | | | |
| | FedEx | | | | | |
| | Fulbright & Jaworski LLP | | | | | |
| | Healthcare Venture Professionals | | | | | |
| | Hollman, Lyon, Patterson, Durell | | | | | |
| | IBM Corporation | | | | | |
| | Jaquelyn Schram | | | | | |
| | Kenneth Perry | | | | | |
| | Marsh | | | | | |
| | Metro Trustee | | | | | |
| | Nursefinders, Inc. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Perkins Coie | | | | | |
| | Pomeroy Marketing | | | | | |
| | Rebecca Burnett | | | | | |
| | T-Mobile | | | | | |
| | Verus | | | | | |
| | Vision Service Plan | | | | | |
| | Western National Bank | | | | | |
| 000020 | AESCULAP INSTRUMENTS | | | | | |
| 000009 | AMERICAN INTERNATIONAL SPECIALTY LI | | | | | |
| 000024 | ASKE SECURITY | | | | | |
| 000044 | BAXTER HEALTHCARE CORP | | | | | |
| 000018A | CITY OF PORTLAND (OREGON) CITY ATTY | | | | | |
| 000019A | CITY OF PORTLAND (OREGON) CITY ATTY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000042A | COLLIER, JEANINE | | | | | |
| 000027 | CT INTERNATIONAL | | | | | |
| 000025 | DATA PERSPECTIVES | | | | | |
| 000010 | EC CO DBA E C POWER SYSTEMS | | | | | |
| 000038 | ECHO VISION INC | | | | | |
| 000053 | ECOLAB | | | | | |
| 000052 | HEALTH CARE SERVICES LLC | | | | | |
| 000004 | HMS MONITOR | | | | | |
| 000014 | IVERSON, HEIDI | | | | | |
| 000015B | IVERSON, HEIDI | | | | | |
| 000035 | JOHNSON AND JOHNSON SYSTEMS INC | | | | | |
| 000036 | LATTIMORE, BLACK, MORGAN & CAIN | | | | | |
| 000037 | LBMC HEALTHCARE GROUP LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000039 | MANAGEMENT RECRUITERS OF PORTLAND | | | | | |
| 000032 | MECTA CORPORATION | | | | | |
| 000030 | MED STAFF, INC | | | | | |
| 000051 | MED STAFF, INC | | | | | |
| 000046 | MEDICAL STAFFING | | | | | |
| 000002 | MEDLINE INDUSTRIES | | | | | |
| 000026 | MID-COUNTY MEMO PUBLISHING | | | | | |
| 000017 | MODJESKI, MICHAEL E | | | | | |
| 000013 | MONAGHAN, TENA M. | | | | | |
| 000016A | NEC FINANCIAL SVCS INC | | | | | |
| 000012 | OLYMPUS AMERICA INC. | | | | | |
| 000055 | PASSPORT HEALTH | | | | | |
| 000001 | QUEST DIAGNOSTICS CLINICAL LAB | | | | | |
| 000029 | RADIO CAB CO | | | | | |
| 000011 | REGENCE BLUESHIELD | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000049 | SANOFI PASTEUR INC FKA | | | | | |
| 000050 | SANOFI PASTEUR INC FKA | | | | | |
| 000043 | SCHULTZ, WILLIAM H | | | | | |
| 000005 | SIDUS, LLC | | | | | |
| 000054 | SIDUS, LLC | | | | | |
| 000047 | STAT MEDICAL SERVICES INC | | | | | |
| 000048 | STERICYCLE INC | | | | | |
| 000007 | SUHDIR SRIVASTAVA | | | | | |
| 000006 | SURESH GADASALLI | | | | | |
| 000033 | SUSEE, SANDRA L | | | | | |
| 000040 | T-SYSTEM INC | | | | | |
| 000034 | THE PERSONNEL DEPT | | | | | |
| 000003 | WILLIAM H SCHULTZ | | | | | |
| 000060 | COLUMBIA UROLOGICAL SERVICES LLC | | | | | |
| 000061 | EMPIRICOS LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000063 | KEN W. PERRY | | | | | |
| 000062 | ROBERTA A. KALE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| Case No: | 04-34670 | TMB | Judge: TRISH M. BROWN |
|---|---|---|---|
| Case Name: | GKPS, Inc. | | |

For Period Ending:  09/08/11

| Trustee Name: | AMY MITCHELL |
|---|---|
| Date Filed (f) or Converted (c): | 01/27/06 (c) |
| 341(a) Meeting Date: | 03/08/06 |
| Claims Bar Date: | 06/06/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Bank Account | 4,649.88 | 5,000.00 | | 12,228.66 | FA |
|    Bank One ~ Checking<br>   Unclear whether funds belong to this Debtor or to related Debtors.<br>   Made demand on bank to close account. | | | | | |
| 2. Security Deposits | 90,125.00 | 0.00 | DA | 0.00 | FA |
|    No known recoverable security deposits of this Debtor as of filing date. | | | | | |
| 3. Business Interest | Unknown | 0.00 | DA | 0.00 | FA |
|    Common stock in Symphony I, II & III<br>   Symphony I and II are in related bankruptcy. | | | | | |
| 4. Accounts Receivable | 25,000.00 | 0.00 | DA | 0.00 | FA |
|    Loan to Dr. Ghadasalli<br>   Part of settlement of all claims (See Asset #14). | | | | | |
| 5. Other Liquidated Debts | Unknown | 0.00 | DA | 0.00 | FA |
| 6. CONTINGENT CLAIMS | Unknown | 0.00 | DA | 0.00 | FA |
| 7. Website | Unknown | 0.00 | DA | 0.00 | FA |
|    Symphony Healthcare.com<br>   May belong to related debtors.  No value. | | | | | |
| 8. Preference | Unknown | 0.00 | DA | 0.00 | FA |
|    Schedules list several pages of payments made to creditors in 90-days<br>   prior to filing.<br>   Per testimony at 341a, not all payments were made from GKPS.<br>   Majority of payments were made from related entities.  Will need<br>   additional information to determine which payments may be preferential<br>   transfers by this Debtor.<br><br>   Potential preferential transfers resulting in litigation: Perry, Kale,<br>   Srivastava, Gadasalli and Western National Bank (See Assets #11-15). | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

Case No:      04-34670     TMB   Judge: TRISH M. BROWN

Case Name:    GKPS, Inc.

Trustee Name:                        AMY MITCHELL

Date Filed (f) or Converted (c):   01/27/06 (c)

341(a) Meeting Date:              03/08/06

Claims Bar Date:                   06/06/06

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | May be additional preferences identified in future. | | | | | |
| 9. | Preference | Unknown | 0.00 | DA | 0.00 | FA |
| | Schedules list several payments to insiders. Unclear whether payments were made by this Debtor or related entities. Will need additional information. | | | | | |
| | Complaint filed against insiders (See Assets #11-15).  May be additional insider claims. | | | | | |
| 10. | Transfer | 10,800.00 | 0.00 | DA | 0.00 | FA |
| | Gift to American Cancer Society 5/28/03 Wire transfer to L'ete Du Vin Mr. Perry is board member for L'ete Du Vin event.  Does not appear to be recoverable transfer. | | | | | |
| 11. | Claim | 0.00 | 12,500.00 | | 12,500.00 | FA |
| | Claims against Kenneth Perry. Breach of fiduciary duty, shareholder liability, breach of contract, fraudulent transfers, preferential transfers, equitable subordination. Complaint filed jointly with Trustee Camacho at AP 06-03216-tmb7. Settled jointly with Symphony for $50,000 paid jointly and severally with Roberta Kale.  GKPS entitled to $25k, therefore $12,500 allocated to Perry claim. | | | | | |
| 12. | Claim | 0.00 | 12,500.00 | | 12,500.00 | FA |
| | Claims against Roberta Kale Breach of fiduciary duty, shareholder liability, breach of contract, fraudulent transfers, preferential transfers, equitable subordination. Complaint filed jointly with Trustee Camacho at AP 06-03216-tmb7. Settled jointly with Symphony Estate.  Settlement provides Ms. Kale will pay $50k total, jointly with Mr. Perry.  Amount to GKPS is $25k, | | | | | |

Ver: 16.02c

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No: | 04-34670 | TMB | Judge: TRISH M. BROWN |
| Case Name: | GKPS, Inc. | | |

| Trustee Name: | AMY MITCHELL |
| Date Filed (f) or Converted (c): | 01/27/06 (c) |
| 341(a) Meeting Date: | 03/08/06 |
| Claims Bar Date: | 06/06/06 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | with $12,500 allocated to Kale. | | | | | |
| 13. | Claim | 0.00 | 37,500.00 | | 37,500.00 | FA |
| | Claims against Sudhir Srivastava. Breach of fiduciary duty, shareholder liability, fraudulent transfers, preferential transfers, equitable subordination.  Complaint filed jointly with Trustee Camacho at AP 06-03216-tmb7. Settled jointly with Symphony for $75k total.  GKPS entitled to $37,500. | | | | | |
| 14. | Claim | 0.00 | 37,500.00 | | 37,500.00 | FA |
| | Claim against Suresh Gadasalli. Breach of fiduciary duty, shareholder liability, fraudulent transfers, preferential transfers, equitable subordination.  Complaint filed jointly with Trustee Camacho at AP 06-03216-tmb7. Settled jointly with Symphony for a total of $75k.  GKPS entitled to $37,500. | | | | | |
| 15. | Claim | 0.00 | 75,000.00 | | 75,000.00 | FA |
| | Claim against Western National Bank. Fraudulent transfers and preferential transfers.  Complaint filed jointly with Trustee Camacho at AP 06-03216-tmb7. Settled jointly with Symphony for a total of $150k.  GKPS entitled to $75k. | | | | | |
| 16. | Preference | 0.00 | 20,000.00 | | 40,000.00 | FA |
| | NDC (Per-Se Technologies, Inc.) Settled per notice for $40k total (split with Symphony Estate).  GKPS entitled to $20k. | | | | | |
| 17. | Claim (u) | 0.00 | 20,000.00 | | 20,000.00 | FA |
| | Unearned Retainer with Harwell, Howard & Hyne Total amount is $40k (Split with Symphony Estate).  GKPS entitled to | | | | | |

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No: | 04-34670 | TMB | Judge: TRISH M. BROWN |
|---|---|---|---|
| Case Name: | GKPS, Inc. | | |

Trustee Name: AMY MITCHELL
Date Filed (f) or Converted (c): 01/27/06 (c)
341(a) Meeting Date: 03/08/06
Claims Bar Date: 06/06/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| $20k. | | | | | |
| 18. Preference | 0.00 | 0.00 | DA | 0.00 | FA |
| Claim against AFCO for preferential tranfers totalling $183,414.34 in 90-days prior to filing. Complaint filed jointly with Symphony. Defendant asserted complete defenses and provided documentation. Upon advice of counsel, Trustee dismissed case. | | | | | |
| 19. Preference | 0.00 | 40,000.00 | DA | 0.00 | FA |
| Claim against McKesson Drug for preferential transfers totalling $104,258.67 in 90-days prior to filing. Complaint filed jointly with Symphony.

McKesson asserted defenses based on associated company (i.e., should be different defendant). Court denied motion to add defendant. McKesson has additional defenses. Nothing for GKPS. | | | | | |
| 20. Preference | 0.00 | 0.00 | DA | 0.00 | FA |
| Claim against Nursefinders, Inc. for preferential transfers totalling $63,738.69. Complaint filed and Nursefinders asserted multiple defenses and provided documentation. On advice of counsel, Trustee dismissed litigation. | | | | | |
| 21. Preference | 0.00 | 40,500.00 | | 81,000.00 | FA |
| Claim against Bass, Berry, Sims PLC for preferential transfers totaling $135,000. Complaint filed jointly with Symphony. Settled for total of $81,000. GKPS entitled to $40,500. | | | | | |
| 22. Bank Account (u) | 0.00 | 21.29 | | 21.29 | FA |
| DIP Account | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 04-34670 | TMB | Judge: TRISH M. BROWN |
|---|---|---|---|
| Case Name: | GKPS, Inc. | | |

Trustee Name:     AMY MITCHELL
Date Filed (f) or Converted (c):    01/27/06 (c)
341(a) Meeting Date:    03/08/06
Claims Bar Date:    06/06/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2,980.27 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $130,574.88 | $300,521.29 | | $331,230.22 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/05/10     Current Projected Date of Final Report (TFR): 09/30/10

FORM 2 - 09-31875-H27

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

**Exhibit 9**

| Case No: | 04-34670 -TMB | | | Trustee Name: | AMY MITCHELL |
|---|---|---|---|---|---|
| Case Name: | GKPS, Inc. | | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | | Account Number / CD #: | *******2198  BofA - Money Market Account |
| Taxpayer ID No: | *******4246 | | | | |
| For Period Ending: | 09/08/11 | | | Blanket Bond (per case limit): | $ 82,344,543.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/21/06 | 22 | Edward Hostmann, Inc. GKPS, Inc. PO Box 454 Lake Oswego, OR 97034 | DIP Account | 1229-000 | 21.29 | | 21.29 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 0.02 | | 21.31 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 0.02 | | 21.33 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 0.02 | | 21.35 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 0.02 | | 21.37 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 0.02 | | 21.39 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 0.02 | | 21.41 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 0.02 | | 21.43 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 0.02 | | 21.45 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 0.02 | | 21.47 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 0.02 | | 21.49 |
| 02/05/07 | 1 | Western National Bank | Bank Account WNB account 22403655 | 1129-000 | 5,268.48 | | 5,289.97 |
| 02/05/07 | 1 | Western National Bank | Bank Account WNB account 22403957 | 1129-000 | 507.59 | | 5,797.56 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.47 | | 5,801.03 |
| 03/20/07 | 000301 | Amy E. Mitchell P.O. Box 2289 Lake Oswego, OR 97035 | Bond Premium | 2300-000 | | 6.14 | 5,794.89 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.92 | | 5,799.81 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.78 | | 5,804.59 |
| 05/22/07 | 16 | Per-Se Technologies, Inc. 1145 Sanctuary Parkway, Suite 200 Alpharetta, GA 30004 | Settlement Payment Split 50/50 with SHC Estate per notice. | 1141-000 | 40,000.00 | | 45,804.59 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 13.63 | | 45,818.22 |

| | | Page Subtotals | 45,824.36 | 6.14 | |
|---|---|---|---|---|---|

Ver: 16.02c

FORM 2 - 09-31875-H27

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 04-34670 -TMB | |
| Case Name: | GKPS, Inc. | |

| | |
|---|---|
| Trustee Name: | AMY MITCHELL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2198  BofA - Money Market Account |

| | |
|---|---|
| Taxpayer ID No: | *******4246 |
| For Period Ending: | 09/08/11 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 82,344,543.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/11/07 | 000302 | Rodolfo Camacho, Trustee<br>Bktcy Estates of Symphony Healthcare<br>PO Box 13897<br>Salem, OR 97309 | Settlement Payment<br>Per settlement, SHC estate entitled to 1/2 of settlement on preference with Per-Se Technologies (aka NDC). | 8500-002 | | 20,000.00 | 25,818.22 |
| 06/19/07 | | Symphony Healthcare V LLC<br>Rodolfo Camacho, Trustee | Settlement Payment | | 175,000.00 | | 200,818.22 |
| | 12 | KALE, ROBERTA | Memo Amount:          12,500.00<br>Settlement Payment | 1141-000 | | | |
| | 11 | PERRY, KENNETH | Memo Amount:          12,500.00<br>Settlement Payment | 1141-000 | | | |
| | 13 | SRIVASTAVA, SUDHIR | Memo Amount:          37,500.00<br>Settlement Payment | 1141-000 | | | |
| | 14 | GADASALLI, SURESH | Memo Amount:          37,500.00<br>Settlement Payment | 1141-000 | | | |
| | 15 | WESTERN BANK | Memo Amount:          75,000.00<br>Settlement Payment | 1141-000 | | | |
| 06/22/07 | 17 | Symphony Healthcare V<br>Rodolfo Camacho Trustee | Settlement Payment | 1229-000 | 20,000.00 | | 220,818.22 |
| 06/25/07 | 000303 | Iron Mountain Information Management Inc | Settlement Payment<br>1/2 of record fee per settlement | 2990-000 | | 6,956.52 | 213,861.70 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 73.88 | | 213,935.58 |
| 07/11/07 | 21 | Bass Berry Sims | Settlement Payment<br>1/2 of settlement proceeds are property of Symphony Estate. | 1141-000 | 81,000.00 | | 294,935.58 |
| 07/13/07 | 000304 | Rodolfo Camacho, Trustee<br>Symphony Healthcare V LLC<br>PO Box 13897<br>Salem, OR 97309 | Settlement Payment<br>Per settlement, Symphony Healthcare Estate entitled to 1/2 of settlement with Bass Berry Sims for preference. | 8500-002 | | 40,500.00 | 254,435.58 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.750 | 1270-000 | 287.11 | | 254,722.69 |

| | | |
|---|---|---|
| Page Subtotals | 276,360.99 | 67,456.52 |

FORM 2 - 09-31875-H27

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   3

Exhibit 9

| Case No: | 04-34670  -TMB |
|---|---|
| Case Name: | GKPS, Inc. |

| Taxpayer ID No: | *******4246 |
|---|---|
| For Period Ending: | 09/08/11 |

| Trustee Name: | AMY MITCHELL |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2198  BofA - Money Market Account |

| Blanket Bond (per case limit): | $ 82,344,543.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/10/07 | 000305 | Ball Janik LLP | Interim Fees & Expenses | | | 40,692.75 | 214,029.94 |
| | | 101 SW Main St., Suite 1100 | Per Order 8/8/07 | | | | |
| | | Portland, OR 97204 | | | | | |
| | | | Fees          37,413.50 | 3210-000 | | | |
| | | | Expenses        3,279.25 | 3220-000 | | | |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.750 | 1270-000 | 345.43 | | 214,375.37 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.750 | 1270-000 | 308.34 | | 214,683.71 |
| 10/12/07 | | Transfer to Acct #*******2807 | Bank Funds Transfer | 9999-000 | | 20.00 | 214,663.71 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.500 | 1270-000 | 316.13 | | 214,979.84 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.500 | 1270-000 | 265.04 | | 215,244.88 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.500 | 1270-000 | 274.22 | | 215,519.10 |
| 01/28/08 | 1 | JP Morgan Chase | Bank Account Balance | 1129-000 | 3,400.90 | | 218,920.00 |
| | | National Account Services | | | | | |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 268.89 | | 219,188.89 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 112.89 | | 219,301.78 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 99.76 | | 219,401.54 |
| 04/04/08 | 1 | JP Morgan Chase | Settlement on Bank Account | 1129-000 | 3,051.69 | | 222,453.23 |
| 04/14/08 | 000306 | Amy Mitchell, Trustee | Bond Premium | 2300-000 | | 294.47 | 222,158.76 |
| | | P.O. Box 2289 | | | | | |
| | | Lake Oswego, OR 97035 | | | | | |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 72.58 | | 222,231.34 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 47.05 | | 222,278.39 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 45.56 | | 222,323.95 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 47.08 | | 222,371.03 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 47.08 | | 222,418.11 |
| 09/04/08 | 000307 | Oregon Dept. of Revenue | Excise Tax 2007  62-1874246 | 2820-000 | | 10.00 | 222,408.11 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 45.59 | | 222,453.70 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.200 | 1270-000 | 40.42 | | 222,494.12 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.200 | 1270-000 | 36.47 | | 222,530.59 |

Page Subtotals          8,825.12          41,017.22

Ver: 16.02c

UST Form 101-7-TDR (5/1/2011) (Page: 21)

# FORM 2 - 09-31875-H27

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Exhibit 9**

| | |
|---|---|
| Case No: | 04-34670 -TMB |
| Case Name: | GKPS, Inc. |
| Taxpayer ID No: | *******4246 |
| For Period Ending: | 09/08/11 |

| | |
|---|---|
| Trustee Name: | AMY MITCHELL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2198  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 82,344,543.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | | 1270-000 | 22.38 | | 222,552.97 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | | 1270-000 | 3.78 | | 222,556.75 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | | 1270-000 | 3.41 | | 222,560.16 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | | 1270-000 | 3.78 | | 222,563.94 |
| 04/13/09 | 000308 | Amy E. Mitchell | Bond Premium | | 2300-000 | | 251.94 | 222,312.00 |
| | | P.O. Box 2289 | | | | | | |
| | | Lake Oswego, OR 97035 | | | | | | |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 9.14 | | 222,321.14 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 9.43 | | 222,330.57 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 9.15 | | 222,339.72 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 9.44 | | 222,349.16 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 9.44 | | 222,358.60 |
| 09/25/09 | 000309 | OREGON DEPT. OF REVENUE | 62-1874246  2008 Form 20-S | | 2820-000 | | 10.00 | 222,348.60 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 9.14 | | 222,357.74 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 9.44 | | 222,367.18 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 9.14 | | 222,376.32 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 9.44 | | 222,385.76 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 9.43 | | 222,395.19 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 8.53 | | 222,403.72 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 9.45 | | 222,413.17 |
| 04/14/10 | 000310 | Amy Mitchell | Bond Premium | | 2300-000 | | 198.61 | 222,214.56 |
| | | P.O. Box 2289 | | | | | | |
| | | Lake Oswego, OR 97035 | | | | | | |
| 04/28/10 | 000311 | Henderson Bennington Moshofsky, PC | Final Compensation | | | | 4,873.64 | 217,340.92 |
| | | | Fees | 4,677.00 | 3410-000 | | | |
| | | | Expenses | 196.64 | 3420-000 | | | |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 9.12 | | 217,350.04 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 9.23 | | 217,359.27 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 1270-000 | 8.94 | | 217,368.21 |

|  | Page Subtotals | 171.81 | 5,334.19 |
|---|---|---|---|

Ver: 16.02c

FORM 2 - 09-31875-H27

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 04-34670  -TMB | | Trustee Name: | AMY MITCHELL |
|---|---|---|---|---|
| Case Name: | GKPS, Inc. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2198  BofA - Money Market Account |
| Taxpayer ID No: | *******4246 | | | |
| For Period Ending: | 09/08/11 | | Blanket Bond (per case limit): | $ 82,344,543.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.22 | | 217,377.43 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.24 | | 217,386.67 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-002 | 8.93 | | 217,395.60 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-002 | 9.23 | | 217,404.83 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-002 | 8.94 | | 217,413.77 |
| 12/09/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-002 | 2.38 | | 217,416.15 |
| 12/09/10 | | Transfer to Acct #*******2807 | Final Posting Transfer | 9999-000 | | 217,416.15 | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 175,000.00 | COLUMN TOTALS | 331,230.22 | 331,230.22 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 217,436.15 | |
| | | Subtotal | 331,230.22 | 113,794.07 | |
| Memo Allocation Net: | 175,000.00 | Less:  Payments to Debtors | | 60,500.00 | |
| | | Net | 331,230.22 | 53,294.07 | |

Page Subtotals    47.94    217,416.15

Ver: 16.02c

FORM 2 - 09-31875-H27

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Exhibit 9**

| Case No: | 04-34670 -TMB |
|---|---|
| Case Name: | GKPS, Inc. |

| Taxpayer ID No: | *******4246 |
|---|---|
| For Period Ending: | 09/08/11 |

| Trustee Name: | AMY MITCHELL |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2807  BofA - Checking Account |

| Blanket Bond (per case limit): | $ 82,344,543.00 |
|---|---|
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 10/12/07 | | Transfer from Acct #*******2198 | Bank Funds Transfer | 9999-000 | 20.00 | | 20.00 |
| | 10/12/07 | 003001 | Oregon Dept. of Revenue | Income Tax 62-14874246 2005 | 2820-000 | | 10.00 | 10.00 |
| | 10/12/07 | 003002 | Oregon Dept. of Revenue | Income Tax 62-1874246 2006 | 2820-000 | | 10.00 | 0.00 |
| | 12/09/10 | | Transfer from Acct #*******2198 | Transfer In From MMA Account | 9999-000 | 217,416.15 | | 217,416.15 |
| | 12/09/10 | 003003 | AMY MITCHELL P.O. Box 2289 Lake Oswego, OR  97035 | Chapter 7 Compensation/Fees | 2100-000 | | 16,785.04 | 200,631.11 |
| | 12/09/10 | 003004 | AMY MITCHELL P.O. Box 2289 Lake Oswego, OR  97035 | Chapter 7 Expenses | 2200-000 | | 108.34 | 200,522.77 |
| | 12/09/10 | 003005 | US Trustee 620 SW Main St., Suite 213 Portland, OR 97205 | Claim 000031, Payment 100.00000% | 2950-000 | | 250.00 | 200,272.77 |
| | 12/09/10 | 003006 | Ball Janik LLP 101 SW Main St., Suite 1100 Portland, OR 97204 | Claim 64, Payment 100.00000% | 2950-000 | | 15,711.42 | 184,561.35 |
| | | | | Fees            14,498.00 | 3210-000 | | | |
| | | | | Expenses         1,213.42 | 3220-000 | | | |
| | 12/09/10 | 003007 | HEIDI IVERSON 1435 SW Spence Court Troutdale, OR 97060 | Claim 000015A, Payment 100.00000% | 5300-000 | | 444.27 | 184,117.08 |
| | 12/09/10 | 003008 | CHUCK ALTIG 12845 SE Freeman Road Milwaukie, OR 97222 | Claim 000056, Payment 100.00000% | 5300-000 | | 1,038.92 | 183,078.16 |
| * | 12/09/10 | 003009 | Bank of America | Federal Income Tax | 5300-003 | | 325.50 | 182,752.66 |
| * | 12/09/10 | 003010 | Bank of America | Federal Unemployment Tax | 5800-003 | | 82.46 | 182,670.20 |

Page Subtotals        217,436.15        34,765.95

Ver: 16.02c

FORM 2 - 09-31875-H27

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 7

Exhibit 9

| Case No: | 04-34670 -TMB |
| Case Name: | GKPS, Inc. |

| Taxpayer ID No: | *******4246 |
| For Period Ending: | 09/08/11 |

| Trustee Name: | AMY MITCHELL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2807 BofA - Checking Account |

| Blanket Bond (per case limit): | $ 82,344,543.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * | 12/09/10 | 003011 | Bank of America | Medicare | 5300-003 | | 31.47 | 182,638.73 |
| * | 12/09/10 | 003012 | Bank of America | Medicare | 5800-003 | | 31.47 | 182,607.26 |
| | 12/09/10 | 003013 | Oregon Dept. of Revenue | State Income Tax | 5300-000 | | 195.30 | 182,411.96 |
| * | 12/09/10 | 003014 | Bank of America | Social Security | 5300-003 | | 134.54 | 182,277.42 |
| * | 12/09/10 | 003015 | Bank of America | Social Security | 5800-003 | | 134.54 | 182,142.88 |
| | 12/09/10 | 003016 | Oregon Employment Dept. | State Unemployment Tax | 5800-000 | | 52.08 | 182,090.80 |
| | 12/09/10 | 003017 | Prudential Insurance Co of America 2101 Welsh Rd Dresher PA 19025 | Claim 000021, Payment 100.00000% | 5400-000 | | 11,902.75 | 170,188.05 |
| | 12/09/10 | 003018 | IRS Insolvency 3 M/S O240 1220 SW 3rd Ave Portland OR 97204 | Claim 000023, Payment 14.10330% | 5800-000 | | 170,188.05 | 0.00 |
| * | 01/04/11 | 003009 | Bank of America | Federal Income Tax | 5300-003 | | -325.50 | 325.50 |
| * | 01/04/11 | 003010 | Bank of America | Federal Unemployment Tax | 5800-003 | | -82.46 | 407.96 |
| * | 01/04/11 | 003011 | Bank of America | Medicare | 5300-003 | | -31.47 | 439.43 |
| * | 01/04/11 | 003012 | Bank of America | Medicare | 5800-003 | | -31.47 | 470.90 |
| * | 01/04/11 | 003014 | Bank of America | Social Security | 5300-003 | | -134.54 | 605.44 |
| * | 01/04/11 | 003015 | Bank of America | Social Security | 5800-003 | | -134.54 | 739.98 |
| | 01/04/11 | 003019 | United States Treasury | 2010 Form 941, Quarter 4 62-1874246 | 5800-000 | | 657.52 | 82.46 |
| | 01/04/11 | 003020 | United States Treasury | 2010 Form 940, 62-1874246 | 5800-000 | | 17.36 | 65.10 |
| | 01/04/11 | 003021 | Oregon Dept of Revenue | 1194773-5  2010, Q4 Form 0Q Tri-met | 5800-000 | | 14.79 | 50.31 |
| | 05/16/11 | | Amy Mitchell, Trustee | Funds for Tax | 1290-000 | 14.79 | | 65.10 |
| | 05/16/11 | 003022 | Chuck Altig | Refund of unemployment withholding | 5300-003 | | 45.60 | 19.50 |
| | 05/19/11 | 003023 | Heidi Iverson | Refund of Unemployment Withholding | 5300-003 | | 19.50 | 0.00 |

| Page Subtotals | 14.79 | 182,684.99 |

Ver: 16.02c

FORM 2 - 09-31875-H27

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 04-34670 -TMB | Trustee Name: | AMY MITCHELL |
|---|---|---|---|
| Case Name: | GKPS, Inc. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2807  BofA - Checking Account |
| Taxpayer ID No: | *******4246 | | |
| For Period Ending: | 09/08/11 | Blanket Bond (per case limit): | $ 82,344,543.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 217,450.94 | 217,450.94 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 217,436.15 | 0.00 | |
| | | | | Subtotal | 14.79 | 217,450.94 | |
| | | Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | | | Net | 14.79 | 217,450.94 | |

| | | | | | NET | ACCOUNT |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 175,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | BofA - Money Market Account - *******2198 | 331,230.22 | 53,294.07 | 0.00 |
| | | BofA - Checking Account - *******2807 | 14.79 | 217,450.94 | 0.00 |
| Total Memo Allocation Net: | 175,000.00 | | ------------------------- | ------------------------- | ------------------------- |
| | | | 331,245.01 | 270,745.01 | 0.00 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00              0.00

Ver: 16.02c